IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-637-D

KENNETH WOODWARD,                    )
                                     )
                    Plaintiff,       )
                                     )
         v.                          )            **ORDER**
                                     )
DENIS R. MCDONOUGH,                  )
Secretary of Veterans Affairs,       )
                                     )
                    Defendant.       )

For the reasons stated in defendant's memorandum of law in support of its motion to dismiss [D.E. 7] and its reply memorandum [D.E. 10], the court GRANTS defendant's motion to dismiss [D.E. 6] and DISMISSES WITHOUT PREJUDICE plaintiff's complaint.

SO ORDERED. This ⎯⎯ day of March, 2024.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
JAMES C. DEVER III
United States District Judge