UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

KENNETH WOODARD, )
)
)
        Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. ) **CASE NO. 5:23-CV-637-D**
)
)
)
DENIS R. MCDONOUGH, )
)
)
        Defendant. )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion to dismiss [D.E. 6] and DISMISSES WITHOUT PREJUDICE plaintiff's complaint.

**This Judgment Filed and Entered on March 1, 2024, and Copies To:**

| | |
|---|---|
| Kenneth Woodard | (via CM/ECF electronic notification) |
| Katherine Blass Asaro | (via CM/ECF electronic notification) |

DATE: March 1, 2024        PETER A. MOORE, JR., CLERK

                                              (By) /s/ Stephanie Mann
                                              Deputy Clerk